16435.  BAUGH *v.* THE STATE.

BROYLES, C. J.  The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 20, 1925.

Conviction of possessing liquor; from city court of Floyd county —Judge Bale.  April 6, 1925.

*Nunnally & Featherston,* for plaintiff in error.

*Alec Harris, solicitor,* contra.

16437.  WILLIAMS *v.* THE STATE.

LUKE, J.  This case is before us upon the sole assignment of error that the verdict is not authorized by the evidence.  There being some evidence to authorize the defendant's conviction, which conviction has the approval of the trial judge, it was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 20, 1925.

Indictment for larceny (hog-stealing); from Candler superior court—Judge Hardeman.  March 17, 1925.

*A. M. Deal, Leroy Cowart, W. H. Lanier,* for plaintiff in error.

*Walter F. Grey, solicitor-general, L. C. Anderson,* contra.